UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

PAM FRYE )
)
v. ) NO. 2:05-CV-289
)
JO ANNE B. BARNHARDT, )
Commissioner of Social Security )

## J U D G M E N T

This is an action for judicial review of the final decision of the defendant Commissioner denying the plaintiff's application for disability insurance benefits under the Social Security Act.

Pursuant to a memorandum opinion filed herewith, the plaintiff's motion for a judgment on the pleadings is **DENIED**; the defendant's motion for summary judgment is **GRANTED**; and this action is **DISMISSED**.

      ENTER:

                         s/J. RONNIE GREER
                        UNITED STATES DISTRICT JUDGE